No. 429. TIMMONS *v.* FAGAN, 338 U. S. 904. Motion for leave to file petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 119, Misc. MINTON *v.* BRITTON, DEPUTY COMMISSIONER, ET AL., 338 U. S. 880. Rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 413, Misc. SMITH ET AL. *v.* HOLT ET UX., *ante,* p. 938. The motion to defer consideration is denied. Rehearing denied.

No. 427, Misc. FALKENSTEIN *v.* NEW YORK, *ante,* p. 936. Motion for leave to file petition for rehearing denied.